UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AUTUMN RANDOLPH, | Case No. 5:24-cv-01636 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jonathan D. Greenberg |
| UNIVERSAL SCREEN ARTS, INC., *et al.*, | |
| Defendants. | |

## ORDER

On December 9, 2024, Plaintiff provided proof of an involuntary bankruptcy filing against Defendants Universal Screen Arts, Inc. and Universal Screen Arts, Holdings, Inc. in the United States Bankruptcy Court for the Northern District of Ohio.  Accordingly, the Court administratively closes this case pending a petition from Plaintiff to reopen the case should further proceedings in this matter become necessary.

**SO ORDERED.**

Dated:  December 9, 2024

J. Philip Calabrese
United States District Judge
Northern District of Ohio